

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| GRISSEL A. VELASCO, | § | No. 08-19-00287-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| MICHIEL NOE, M.D., INDIVIDUALLY AND DBA SUN CITY WOMEN'S | § | of El Paso County, Texas |
| HEALTH CARE, | § | (TC# 2016-DCV2658) |
| Appellee. | § | |
| | § | |

## O RDER

On December 10, 2019, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On December 20, 2019 Appellee filed an objection. The Court finds Appellee's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Reporter's Record shall be filed in this Court on or before January 19, 2020.

IT IS SO ORDERED this 20th day of December, 2019.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.